**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Edward Bernard Davenport v. The State of Texas

Appellate case number:     01-14-00275-CR

Trial court case number:    1213794

Trial court:                      351st District Court of Harris County

Appellant's counsel filed a motion to withdraw and brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), but did not state that he sent the record to appellant. Pursuant to *Kelly v. State*, No. PD-0702-13, 2014 WL 2865901, at *4 (Tex. Crim. App. June 25, 2014), we order the Clerk of this Court to mail the Clerk's Record and the Reporter's Record in this appeal to appellant.

Further, we order the appellant to file his response to the *Anders* brief, if any, within 30 days of the date of this order. Appellant is further notified that if he fails to submit such a response within 30 days of this order, the Court will decide the motion to withdraw without an *Anders* response.

It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes
                        ☑ Acting individually      ☐ Acting for the Court


Date: August 7, 2014